UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA )
)
v. ) Cr. No. 1:13-cr- 62-01-JD
)
**RONALD J. DESFOSSES, JR.** )

## INDICTMENT

The Grand Jury charges that:

### COUNT I

Social Security Fraud [42 U.S.C. §408(a)(4)]

Beginning in or about January, 2007 and continuing until in or about April, 2011, in the District of New Hampshire, the defendant,

**RONALD J. DESFOSSES, JR.**,

in a matter within the jurisdiction of the Social Security Administration, having knowledge of the occurrence of an event affecting his continued right to Social Security Disability Insurance payments, to wit, his self-employment as a general contractor doing business as "RJD Remodeling," concealed and failed to disclose such event with the intent to fraudulently secure payment when no payment was authorized.

All in violation of Title 42, United States Code, Section 408(a)(4)).

Dated: July 17, 2013                    A TRUE BILL

                                         /s/  Foreperson
                                        Grand Jury Foreperson


JOHN P. KACAVAS
United States Attorney

/s/  Helen White Fitzgibbon
Helen White Fitzgibbon
Assistant U.S. Attorney