UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:13-cr- |
| ) | |
| RONALD J. DESFOSSES, JR. ) | |
| _____) | |

## MOTION TO SEAL

NOW COMES John P. Kacavas, United States Attorney for the District of New Hampshire, and hereby moves that the Indictment and supporting documentation in the above-captioned case be sealed at Level I until the time of the defendant's arrest in order to prevent the defendant from fleeing and to secure the safety of the arresting officers.

Date:  July 17, 2013                     Respectfully submitted

                                         JOHN P. KACAVAS
                                         United States Attorney


                                         By: /s/  Helen White Fitzgibbon
                                         Helen White Fitzgibbon
                                         Assistant U.S. Attorney
                                         NH Bar # 6833
                                         53 Pleasant Street, 4th Floor
                                         Concord, NH  03301
                                         (603) 225-1552
                                         helen.fitzgibbon@usdoj.gov


Motion        ☐ Granted     ☐ Denied

_____
Landya B. McCafferty
United States Magistrate Judge
Date: