UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No.  1:13-cr- |
| ) | |
| RONALD J. DESFOSSES, JR. ) | |
| _____) | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 17th day of July, 2013.

This 17th day of July, 2013.

JOHN P. KACAVAS
United States Attorney


By:  /s/  Helen W. Fitzgibbon
Helen W. Fitzgibbon
Assistant U.S. Attorney


WARRANT ISSUED:  _____