AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
U.S. MARSHAL
CONCORD, NH

2013 JUL 18 AM 8: 55

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:13-cr- 62-01-JD |
| RONALD J. DESFOSSES, JR. | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Ronald J. Desfosses, Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Social Security Fraud

Date: 7/18/2013

_Kathy DuPont_
Issuing officer's signature

City and state: Concord, New Hampshire

_Kathy DuPont, Deputy Clerk_
Printed name and title

### Return

This warrant was received on *(date)* 7/18/13, and the person was arrested on *(date)* 07/22/2013
at *(city and state)* Manchester, NH.

Date: 7/22/2013

_[signature]_
Arresting officer's signature

_Adam D. Schrader  Resident Agent-in-Charge_
Printed name and title