UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|---|---|---|
|  | \* |  |
| UNITED STATES OF AMERICA | \* |  |
| V. | \* | Case No. 1:13-cr-00062-JD |
| Ronald Desfosses, Jr., DEFENDANT | \* |  |
|  | \* |  |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ASSENTED TO MOTION TO CONTINUE

NOW COMES the Defendant, Ronald Desfosses, by and through his attorney, Harry N. Starbranch, Jr., and says

1. That the above-captioned matter is currently scheduled for Jury Selection/Jury Trial on September 17, 2013 at 9:30 a.m. in the U.S. District Court in Concord, New Hampshire,
2. Undersigned Counsel is requesting additional time to review the discovery material. Undersigned Counsel requests the matter be continued for forty-five days (45).
3. That Assistant U.S. Attorney Helen Fitzgibbon assents to this Motion;
4. That The Defendant waives his right to a speedy trial and will file the appropriate waiver.

Wherefore, the Defense respectfully requests that this Honorable Court:

1. That this Honorable Court grant your Defendant's Assented to Motion to Continue;

2. And for such other and further relief as the Court deems just.

                                                   Respectfully Submitted.
                                                   Ronald Desfosses,
                                                   By his Attorney,

Dated: September 4, 2013            _____/s/ Harry N. Starbranch___
                                                   Harry N. Starbranch (Bar No. 6991)
                                                   171 Middle Street
                                                   Portsmouth, NH   03801
                                                   (603) 436-5566
                                                   harry@starbranchlaw.com

**Certificate of Service**

    I, Harry N. Starbranch, Jr., Esq., hereby certify that a true copy of the foregoing **Assented to Motion to Continue** has on this date been served upon the State of New Hampshire by depositing a copy of the same in the U.S. mails, pre-paid postage, addressed as follows: Helen Fitzgibbon, Esq., Assistant U.S. Attorney, U.S. Attorneys Office, Federal Building, 53 Pleasant Street, Room 312, Concord, NH 03301.

Dated: September 4, 2013       By:    /s/ Harry N. Starbranch_____
                                         Harry N. Starbranch, Jr., Esquire
                                         N.H. Bar No. 6991
                                         171 Middle Street
                                          Portsmouth, NH 03801
                                         Tel: (603) 436-5566