UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2013 SEP 10  A 11: 05

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff )<br> )<br>v. )<br> )<br> )<br> )<br>Ronald Desfosses, Jr., )<br>Defendant ) | Case. No. 1:13-cr-0062-JD |

## WAIVER OF SPEEDY TRIAL RIGHTS

NOW COMES Ronald Desfosses, Jr.,, the Defendant in the above captioned matter, who, having had his right to a speedy trial under the Sixth Amendment to the U.S. Constitution and the Speedy Trial Act, 18 U.S.C. Sec. 3161, explained to him by Undersigned Counsel, waives his right to a speedy trial for purpose of a Motion to Continue from the Trial date of September 17, 2013.

Respectfully Submitted,

Dated: September 9, 2013

_____
Ronald Desfosses, Jr.

Dated: September 9, 2013

_____
Harry N. Starbranch Jr., Esq.

1

## CERTIFICATE OF SERVICE

I, Harry N. Starbranch, Jr., Esq., hereby certify that a true copy of the foregoing Waiver has on this date been served upon the State of New Hampshire by mail, postage prepaid, to: Helen Fitzgibbon, Assistant U.S. Attorney, District of New Hampshire, 53 Pleasant Street, Concord, NH 03301.

Dated: September 9, 2013     By: _____
Harry N. Starbranch, Jr., Esquire, #6991
171 Middle Street
Portsmouth, NH 03801 (603) 436-5566