# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

UNITED STATES

V.  DOCKET NO. 13-CR-00062-JD-1

RONALD J. DESFOSSES, JR.
_____

| APPEARANCE | WITHDRAWAL |
|---|---|
| Please enter my appearance as: | Please withdraw my appearance as: |
| __x__ counsel for: | _____ counsel for: |
| RONALD J DESFOSSES, JR. | |
| ___ Pro se | Notice of withdrawal sent to my client(s) on at the following address: |

_____

I hereby certify that duplicates of this notice were:
  ___ Delivered                                           to
  ___ Mailed
  _X_ E-Filed

United States Attorney's Office

On September 19, 2013

Signed:  __/s/Paul J. Garrity____
         Paul J. Garrity
         l4 Londonderry Road
         Londonderry, NH 03053
         (603)434-4106
         Bar No. 905