UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEW HAMPSHIRE


*******************************************

|  | * |  |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | Case No. 1:13-cr-00062-JD |
| Ronald Desfosses, DEFENDANT | * | |
|  | * | |

*******************************************


## <u>ASSENTED MOTION TO WITHDRAW AS COUNSEL</u>

NOW COMES the Defendant's Counsel, Harry N. Starbranch, Jr., who moves this Honorable Court to permit him to withdraw his appearance in the above entitled matter pursuant to U.S. District Court Local Rule 44.3, and says

1. That the above-captioned matter is currently scheduled for Jury Selection/Jury Trial on November 13, 2013 at 9:30 a.m. in the U.S. District Court in Concord, New Hampshire.

2. That the Defendant has communicated to undersigned Counsel, by and through his new Counsel that he wishes to proceed with new Counsel.

1

3.  That Attorney Paul Garrity, Esq., of Londonderry, NH has filed an appearance in the matter.

4.  That Counsel for the Government, AUSA Helen Fitzgibbon does not object.

Wherefore, the Defense respectfully requests that this Honorable Court:

1.  That this Honorable Court grant your Defendant's Motion to Withdraw;

2.  And for such other and further relief as the Court deems just.


                                        Respectfully Submitted.
                                        Ronald Desfosses,
                                        By his Attorney,

Dated: September 25, 2013            _____/s/ Harry N. Starbranch_____
                                        Harry N. Starbranch (Bar No. 6991)
                                        171 Middle Street
                                        Portsmouth, NH   03801
                                        (603) 436-5566
                                        harry@starbranchlaw.com

## <u>Certificate of Service</u>

I, Harry N. Starbranch, Jr., Esq., hereby certify that a true copy of the foregoing **Motion to Withdraw as Counsel** has on this date been served upon the State of New Hampshire by depositing a copy of the same in the U.S. mails, pre-paid postage, addressed as follows: Helen Fitzgibbon, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, Federal Building, 53 Pleasant Street, Room 312, Concord, NH 03301.

Dated: September 25, 2013          By:  ___/s/ Harry N. Starbranch_____
                                              Harry N. Starbranch, Jr., Esquire
                                              N.H. Bar No. 6991
                                                171 Middle Street
                                                Portsmouth, NH 03801
                                              Tel: (603) 436-5566