**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

UNITED STATES

V.                                                             DOCKET NO. 13-CR-00062-JD-1

RONALD J. DESFOSSES, JR.

ASSENTED TO MOTION TO CONTINUE

    NOW COMES the accused, Ronald J. Desfosses, Jr., by and through counsel, and hereby move this Court to continue his November 13, 2013 Trial to a later date.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court for his Trial on November 13, 2013, at 9:30 a.m.;
2. The undersigned counsel has just recently been retained by the accused and is requesting additional time to gather discovery and prepare for this trial;
3. The defendant is aware of this Motion.
4. That the U.S. Attorney's Office has no objection to this Motion to Continue Trial.

    WHEREFORE, the accused respectfully requests that this Court grant this Assented to Motion to Continue Trial.

                                                                            Respectfully submitted
                                                                            Ronald J. Desfosses, Jr.,
                                                                            By his Attorney,

Date:  October 17, 2013                                     /s/Paul J. Garrity_____
                                                                            Paul J. Garrity
                                                                            Bar No. 905
                                                                            14 Londonderry Road
                                                                            Londonderry, NH 03053
                                                                            603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 17th day of October, 2013, a copy of the within Assented to Motion to Continue was mailed, postage prepaid, to the U.S. Attorney's Office and Ronald J. Desfosses.

/s/ Paul J. Garrity_____
Paul J. Garrity