UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

                              Criminal No. 13-cr-62-01-JD

        v.

Ronald J. Desfosses, Jr., Esq.


O R D E R


    The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted; Trial is continued to the two-week period beginning January 7, 2014, 9:30 AM.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.


        SO ORDERED.

                              /s/ Joseph A. DiClerico, Jr.
                              Joseph A. DiClerico, Jr.
                              United States District Judge


Date: October 21, 2013

cc:  Paul Garrity, Esq.
     Helen Fitzgibbon, Esq.
     U.S. Marshal
     U.S. Probation