UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES

V.                                          DOCKET NO. 13-CR-00062-JD-1

RONALD J. DESFOSSES, JR.

ASSENTED TO MOTION TO CONTINUE

NOW COMES the accused, Ronald J. Desfosses, Jr., by and through counsel, and hereby move this Court to continue his January 7, 2014 Trial to a later date.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court for his Trial on January 7, 2014, at 9:30 a.m.;
2. The undersigned counsel is scheduled for two Trials at the Rockingham Superior Court that will commence on January 6, 2014 and will most likely last the entire week, State v. Souther and State v. Velliquette;
3. In addition, the undersigned counsel has prepaid vacation plans during the week of February 21, through March 2, 2014;
4. The undersigned counsel is aware of Judge DiClerico's trial period at the end of February but that counsel is unavailable because of a scheduled prepaid vacation from February 21 through March 2, 2014. As a result, if available by the Court, counsel would request a trial during the week of February 10, 2014. If not, counsel would request that the trial be continued to the trial period in March, 2014;
5. The defendant is aware of this Motion.
6. That the U.S. Attorney's Office has no objection to this Motion to Continue Trial.

WHEREFORE, the accused respectfully requests that this Court grant this Assented to Motion to Continue Trial.

Respectfully submitted

                                                Ronald J. Desfosses, Jr.,
By his Attorney,

Date: December 13, 2013         /s/Paul J. Garrity_____
Paul J. Garrity
Bar No. 905
14 Londonderry Road
Londonderry, NH 03053
603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 13th day of December, 2013, a copy of the within Assented to Motion to Continue was emailed to all parties of record, including the U.S. Attorney's Office and mailed, postage prepaid, to Ronald J. Desfosses.

                                                /s/ Paul J. Garrity_____
Paul J. Garrity