UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES

V.

RONALD J. DESFOSSES, JR.

2014 JAN -3 A 11: 32

DOCKET NO. 13-CR-62-JD

## WAIVER OF SPEEDY TRIAL

    I, Ronald J. Desfosses, Jr., of Manchester, NH, waive my right to a speedy trial with respect to the above captioned case. I understand that under the U.S. Constitution, I possess the right to require that my trial be commenced with reasonable dispatch and not be unreasonably delayed from the time of my arrest.

I understand that I am in no way obligated to sign this waiver. Further, I am executing this waiver of my right to a speedy trial knowingly, intelligently, and voluntarily.

DATE: 12-31-13

_____
Ronald Desfosses