## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

UNITED STATES

V.                                                                    DOCKET NO. 13-CR-00062-JD-1

RONALD J. DESFOSSES, JR.

<u>ASSENTED TO MOTION TO CONTINUE</u>

 NOW COMES the accused, Ronald J. Desfosses, Jr., by and through counsel, and hereby move this Court to continue his February 4, 2014 Trial for 45 days.

In support of this Motion, the accused states as follows:

1. The accused is scheduled to appear in this Court for his Trial on February 4, 2014, at 9:30 a.m.;
2. However, the undersigned counsel is scheduled for Trial at the Hillsborough North Superior Court that will commence on February 3, 2014, <u>State v. Jose Urena;</u>
3. Also, the undersigned counsel is scheduled for a Trial at the Ayer District Court in Massachusetts on February 4, 2014, <u>Commonwealth v. Connie Cohen</u>.  A Motion to Continue this Trial was filed but denied;
4. In addition, the parties are in the process of trying to resolve this matter by way of a Plea and additional time may assist in doing so;
5. The undersigned counsel has prepaid vacation plans during the week of February 21, through March 2, 2014;
6. The defendant is aware of this Motion.
7. That the U.S. Attorney's Office has no objection to this Motion to Continue Trial.

 WHEREFORE, the accused respectfully requests that this Court grant this Assented to Motion to Continue Trial for 45 days.

                Respectfully submitted
                Ronald J. Desfosses, Jr.,
                By his Attorney,

Date: January 23, 2014                                /s/Paul J. Garrity_____
                                                     Paul J. Garrity
                                                     Bar No. 905
                                                     14 Londonderry Road
                                                     Londonderry, NH 03053
                                                     603-434-4106

CERTIFICATE OF SERVICE

I, Paul J. Garrity, herein certify that on this 23rd day of January, 2014 a copy of the within Assented to Motion to Continue was emailed to all parties of record, including the U.S. Attorney's Office and mailed, postage prepaid, to Ronald J. Desfosses.

                                                     /s/ Paul J. Garrity_____
                                                     Paul J. Garrity