UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                    Criminal No. 13-cr-62-01-JD

Ronald J. Desfosses, Jr.


O R D E R

The assented to motion to reschedule jury trial (document no. 18) filed by defendant is granted; no further continuances. Trial is continued to the two-week period beginning March 4, 2014, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

/s/Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

Date: January 24, 2014

cc:  Paul Garrity, Esq.
     Helen Fitzgibbon, Esq.
     U.S. Marshal
     U.S. Probation