UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

Criminal No. 13-cr-62-01-JD

v.

<u>Ronald J. Desfosses, Jr.</u>

O R D E R

The assented to motion to reschedule jury trial (document no. 21) filed by defendant is granted; Jury selection on June 3, evidence to begin on June 9. No further continuances for the defendant or for counsel. Jury Selection is scheduled for June 3, 2014, 9:30 AM; Evidence to begin on June 9, 2014, at 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

Date: February 20, 2014

cc:  Paul Garrity, Esq.
     Helen Fitzgibbon, Esq.
     U.S. Marshal
     U.S. Probation